UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:18-cr-00200 |
| | ) | |
| LUIS COLINDRES | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. LUIS COLINDRES, born on \*\*/\*5/19\*7, is, in due form and process of law, confined in the custody of the Christian County Sheriff at the Christian County Detention Center located at 216 West 7th Street, Hopkinsville, KY 42240.

2. Said individual has been named in an indictment in Case Number 3:18-cr-00200. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: August 22, 2018

**s/ Ahmed A. Safeeullah**
Ahmed A. Safeeullah
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
Sumner County Sheriff's Office

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of LUIS COLINDRES, born on \*\*/\*5/19\*7, is, in due form and process of law, confined in the custody of the Christian County Sheriff at the Christian County Detention Center located at 216 West 7th Street, Hopkinsville, KY 42240, to the United States Courthouse located at 110 9th Avenue South in Nashville, Tennessee, so that he may appear for proceedings related to the above-captioned case.

WITNESS, the Honorable William L. Campbell, Jr., U.S. District Judge, Middle District of Tennessee.

DATED: 8/23/2018

By: *[signature]*
WILLIAM L. CAMPBELL, JR.
United States District Judge