# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Luis Colindres<br>also known as<br>"Listo"<br>also known as<br>"Joe"<br>*Defendant* | Case No. 3:18-cr-00200 -02 Judge Campbell |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Colindres also known as "Listo" also known as "Joe",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1959(a)(1) and 18:2 Murder in aid of racketeering(1)
18:1959(a)(5) Conspiracy to commit murder in aid of racketeering (2)
18:1512(a)(1)and 18:2 Tampering with a Witness (3)
18:924(c)and 18:2 Using, carrying or possessing firearm during and in relation to a crime of
18:924(j) and 18:2 Causing death through use of a firearm (5)

Date: 08/08/2018

*Issuing officer's signature*

City and state: Nashville, Tennessee

Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3 JAN 19, and the person was arrested on *(date)* 3 JAN 19
at *(city and state)* _____.

Date: 3 JAN 19

CBM
*Arresting officer's signature*

CBM Deputy
*Printed name and title*