EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO CENTRAL DE TENNESSEE

ESTADOS UNIDOS DE AMÉRICA )
)
EN CONTRA DE )
) No. 3:18-00200
Luis Colindres )
)

## ACUSO DE RECIBO Y LECTURA
## DE LA NOTIFICACIÓN Y EXPLICACIÓN DE DERECHOS

Por medio del presente, yo, __Luis Colindres__, hago constar que: he leído el documento que antecede, titulado "Notificación importante al acusado y explicación de derechos y procedimientos" (o que me lo han explicado); entiendo los derechos enumerados en ese documento y se me ha entregado una copia del mismo.

Firmado en audiencia pública, este día __3__ de __Jan__ de 20__19__.

_Luis Colindres_
Firma del acusado

_Patrick McNally_
Firma del abogado defensor

_[signature]_
Firma del funcionario jurídico