IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 3:18-cr-00200 |
| v. ) | |
| ) | Judge Campbell |
| ) | |
| OSCAR DELGADO FLORES ) | |
| a/k/a "Flaco" ) | |
| ) | |
| LUIS COLINDRES ) | |
| a/k/a "Listo" ) | |
| a/k/a "Joe" ) | |

NOTICE OF INTENT NOT TO SEEK THE
DEATH PENALTY AS TO OSCAR DELGADO FLORES AND LUIS COLINDRES

The United States of America, by and through its attorney, the United States Attorney for the Middle District of Tennessee, hereby notifies the Court and counsel for Oscar Delgado Flores and Luis Colindres that it does not intend to seek the death penalty against them.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By: */s/ Ahmed A. Safeeullah*
AHMED A. SAFEEULLAH
Assistant United States Attorney
Middle District of Tennessee

Dated: January 16, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, I sent a copy of the foregoing via the Court's electronic filing system to counsel for the defendant.

*s/ Ahmed A. Safeeullah*
AHMED A. SAFEEULLAH
Assistant United States Attorney
