# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00200 |
| | ) | |
| OSCAR DELGADO FLORES | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

## ORDER

This case is set for jury trial on Tuesday, March 19, 2019 at 9:00 a.m., in Courtroom A-826, United States Courthouse, 801 Broadway, Nashville, Tennessee. A pretrial conference in this case is set for Monday, March 11, 2019, at 3:00 p.m. All lawyers who will participate in the trial must attend the pretrial conference.

A status conference is scheduled for Monday, February 11, 2019, at 10:30 a.m. Pretrial Motions shall be filed by February 14, 2019.

Any plea agreement shall be consummated by March 4, 2019, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on Monday, March 11, 2019, at 3:00 p.m. On or before March 5, 2019, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and applicable period of supervised release, and Defendant shall submit a plea petition.

If the case is to be tried, the parties shall file the following on or before March 5, 2019:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with

citations to supporting authorities.

3. An agreed verdict form or alternative versions.

The parties shall email a Word version of all proposed instructions and verdict forms that are filed to ccampbellchambers@tnmd.uscourts.gov.

Motions in limine shall be filed by February 26, 2019, and responses shall be filed by March 5, 2019.

Any motion to continue the trial shall be filed by March 5, 2019, and any response shall be filed by March 8, 2019.All motions to continue shall be accompanied by a Waiver of Speedy Trial Rights executed by Defendant, or shall contain an explanation of why such Waiver is not attached.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court. Counsel for the parties shall comply timely with the discovery and motion provisions of L.Cr.R. 12.01 and 16.01.

Defendant shall attend all Court proceedings in this case. If a defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the defendant at all Court proceedings. Counsel for Defendant shall make sure that street clothes are available timely for Defendant at trial.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE