ID: 225779          3:18 CR 00200-2

Mi nombre es: Luis Miguel Colindres Varela. Mi,
Abogado es: Patrick T. McNally; Mi motivo de es-
crivirles es Porque nesesito que me manden mi;
Endaime Porque el que yo tenia seme olvido en
la otra carcel que estava lo nesesito Por Favor.
Y otra cosa muy inPortante kiero que Por Favor, ha-
blen con mi abogado, que Para la Proxima Fecha de
Juicio estoy listo Para Juicio no kiero mas continuo
solo kiero terminar mi caso estodo; tanbien kiero mi
Fecha de juicio si me Pueden disir cuando me Mah-
den el en daime Porque nose que dia tengo juicio
grasias Por todo; Que Dios los; Bendiga.

Jimmy Aisman
4151 Thornton Taylor Pkwy
Fayetteville, TN 37334

RECEIVED

SEP 19 2019

U.S. District Court
Middle District of TN

37203-386900

US POSTAGE
$ 00.50
First-Class
Mailed From 37334
09/16/2019
032A 0061806931

District Judge Aleta Trauger
Office of clerk
801 Broadway, Suite 800
Nashville, Tn 37203

