UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | Case No. 3:18-cr-00200 |
| § | Honorable William L. Campbell, Jr |
| LUIS COLINDRES, § | United States District Judge |
| Defendant. § | |

### DEFENDANT'S MOTION FOR APPOINTMENT
### OF A SECOND ATTORNEY

The Defendant, Luis Colindres, by the undersigned counsel, pursuant to the Criminal Justice Act Guidelines, Vol. 7, Defender Services, Part A: *Guidelines for Administering the CJA and Related Statutes*, Chapter 2: *Appointment and Payment of Counsel*, and the Sixth Amendment to the Unites States Constitution, respectfully moves the Court for an order appointing a second lawyer to defend Mr. Colindres. To support this motion, counsel for Mr. Colindres, states the following.

The Defendant, Luis Colindres, was determined to be indigent and counsel appointed to represent him. (Docket entries no.'s 27, 29). Mr. Colindres is charged with multiple offenses including conspiracy to commit murder and murder in aid of racketeering which carry up to life in prison. (Docket entry no. 1). Mr. Colindres is detained in the Grayson County, Kentucky Jail. The facility is a 4 ½ hour drive round trip from counsel's office.

The seriousness of the charges and extent of the discovery justify a second attorney. However, another concern regarding the availability of the undersigned counsel supports the appointment of a second lawyer.

The undersigned counsel represents Aelix Santiago charged in case number 3:17-cr-00130 in the Middle District of Tennessee. The case is commonly called the *Mongol case* because one count charges a RICCO offense alleging the defendants are members of the Clarksville Mongol Motorcycle Club engaged in criminal conduct. The jury trial starts on April 6, 2020, and has been projected to last three months.

The undersigned counsel cannot provide meaningful legal representation for Mr. Colindres during the Mongol trial. The undersigned counsel cannot commit the time to drive to Grayson County, Kentucky Jail to meet with his client during the trial. It would be unconscionable and unprofessional for counsel to abandon his client for three months.

The availability of counsel was raised during the status conference and counsel has waited until now to move for appointment of a second lawyer. The undersigned counsel wanted to make sure the Mongol case was proceeding to trial as scheduled.

Wherefore the interests of justice so require, and because the Defendant remains indigent, Luis Colindres moves the Court to appoint a second lawyer to represent him.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: *s/Patrick McNally*
PATRICK T. MCNALLY (Tenn. Bar #010046)
424 Church Street
Fifth Third Ctr., Suite 2260
Nashville, Tennessee 37219
(615) 986-3377
pmcnally@wmdlawgroup.com

*Attorney for Luis Colindres*

2

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Motion to Appoint a Second Lawyer has been electronically filed with the clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Mr. Ahmed A. Safeeullah, Assistant U.S. Attorney, 110 9th Ave, South, Suite A-961, Nashville, TN 37203, and Mr. Luke Evans, counsel for Oscar Delgado Flores, 302 N. Spring Street, Murfreesboro, TN 37130, on this the 6th day of March, 2020.

                                              s/*Patrick T. McNally*
                                              PATRICK T. MCNALLY

3

Case 3:18-cr-00200    Document 85    Filed 03/06/20    Page 3 of 3 PageID #: 280