IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:18-cr-00200-2 |
| | ) | |
| v. | ) | Judge Campbell |
| | ) | |
| LUIS COLINDRES | ) | |

## JOINT MOTION TO SEAL

The United States and defense counsel requests Defendant Luis Colindres's Letter (DE# 91) filed in this captioned case be sealed until further order of the Court. After receiving notice of the filing, the United States had a Spanish speaking Agent look at the letter. The Agent did not read the letter in its entirety or relay a verbatim translation of the letter to undersigned counsel. However, the Agent expressed a belief that the letter may have been meant for Defendant Colindres's attorney as opposed to being a submitted as a public filing. As such, the United States and defense counsel respectfully request that Defendant Luis Colindres's Letter (DE# 91) be placed under seal until further notice of the Court.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

By: *s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

By: *s/ Patrick T. McNally (by permission)*
Patrick T. McNally
Fifth Third Center, Suite 2260
424 Church Street
Nashville, TN 37219
(615) 986-3377

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2020, I electronically served a copy of the filing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant.

BY: *s/Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone: 615-736-5151
