MESSAGE NOTES                                WEEK 18

"Four Impossibilities"

Romans 8:31–39

RECEIVED
OCT 21 2020
U.S. District Court
Middle District of TN

Mr: William L. Campbell Jr.
Primeramente antes que todo, espero se encuentre muy bien, con humildad y respeto escribo esta carta para usted el estarle escribiendo es por que quiero pedirle el favor mas grande que yo ocupo se trata sobre mi caso, estaba supuesto que yo terminara mi caso para el 3 de noviembre pero no sucedio como estaba supuesto que sucediera, y yo tube que firmar un continuo mas aun que no lo queria hacer pero mis abogados me explicaron que yo tenia que firmar otro continuo por que ellos no estaban listos para el 3 de noviembre pero ya tengo la nueva fecha de juicio a principios de enero y es el favor que le pido Señor Juez que me ayude a terminar mi caso para la proxima fecha de juicio que ya esta programada, estoy preso desde el 9 de octubre del 2017 ya son 3 años y mi familia quiere saber que es lo que esta pasando o que va a pasar y todo el tiempo que nos comunicamos lo unico que puedo decirles es que estoy en espera pero heso ya noes suficiente para mi familia muchas veses mi familia piensa, que yo les estoy mintiendo pero no es haci, espero que usted me entienda.-

THE HOPE OF THE GOSPEL   113

## "The Law and Sin"

Romans 7:7-12



Señor Juez y en todo este tiempo que llevo encerrado mi Poca Familia que tengo en Nashville, TN es decir 2 Hermanas y 2 Hermanos no los e Podido mirar, Por el motivo de la distancia que me encuentro y en estos momentos me doy cuenta que Presos Federales estan en Nashville TN, y tanbien, este otro Favor le quiero Pedir señor Juez que si Puede hacer que me muevan Para la carcel de Nashville TN, Para Poder mirar a mis hermanas que hace tanto tiempo, que no los miro.

Espero no haberle molestado y esta es mi Primer carta Para usted señor Juez y no sera la ultima muy Pronto le escribire la Proxima en la que tengo que explicarle todo lo que esta sucediendo cosas que; solo usted Podra entenderme. Muchas gracias.

¡DIOS LO BENDIGA!

A+t
luis C.

Luis colindres # 995779
Grayson Co, Detention Center
380 Shaw Station Road       LOUISVILLE KY 400
Leitchfield, KY 42754    19 OCT 2020 PM 3 L

GRAYSON COUNTY DETENTION CENTER

Judge: William L. Campbell, Jr
Middle TN, U.S. District Courts
801 Broadway
Room # 800
Nashville, TN 37803

RECEIVED
OCT 21 2020
U.S. District Court
Middle District of TN