UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case no. 3:18-cr-00200 |
| vs. ) | Honorable William L. Campbell, Jr. |
| ) | United States District Judge |
| LUIS COLINDRES, ) | |
|     Defendant. ) | |

## SUPPLEMENT TO COUNSELS' MOTION TO WITHDRAW CERTIFYING NOTICE OF THE MOTION TO WITHDRAW PROVIDED TO THE DEFENDANT

The undersigned counsel submit their Supplement to Defense Counsel's Response to Defendant's Letter and Motion to Withdraw as Counsel of Record Filed Under Seal. (Docket Entry no. 107). Local Criminal Rule 57.01(d)(2) provides that the attorney seeking to withdraw as the attorney of record "must certify that the attorney has given reasonable notice to the client of the attorney's intention to withdraw from the case."

Patrick McNally provided Luis Colindres notice of his and Stephanie Ritchie Mize's intentions to file a motion to withdraw as attorney of record on November 13, 2020, during an in-person meeting with Mr. Colindres in the Grayson County Detention Center. Counsel informed Mr. Colindres of the ethical reasons supporting the motion to withdraw stemming from the conflicts of interest. Counsel mailed Mr. Colindres a copy of the motion to withdraw in both the English and Spanish languages.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By:    s/*Patrick T. McNally*
        PATRICK T. MCNALLY (Tenn. Bar #010046)

424 Church Street
Fifth Third Center, Suite 2260
Nashville, Tennessee 37219
(615) 986-3362
pmcnally@wmdlawgroup.com


/s/*Stephanie Ritchie Mize*
STEPHANIE RITCHIE MIZE
133 Franklin Street
Clarksville, TN 37040
stephanie@fryandritchie.com

*Attorneys for Luis Colindres*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplement to counsels' motion to withdraw has been electronically filed with the clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Mr. Ahmed A. Safeeullah, Assistant U.S. Attorney, 110 9th Ave, South, Suite A-961, Nashville, TN 37203, and Mr. Luke Evans, counsel for Oscar Delgado Flores, 302 N. Spring Street, Murfreesboro, TN 37130, and a copy placed in the United States mail, postage prepaid to Mr. Luis Colindres, Grayson County Detention Center, 320 Shaw Station Road, Leitchfield, KY 42754, on this the 10th day of December, 2020.

s/*Patrick T. McNally*
PATRICK T. MCNALLY