IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00200-2 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

## ORDER

Counsel for Mr. Colindres, Patrick McNally and Stephanie Ritchie Mize, have moved to withdraw as counsel of record, and in compliance with Local Criminal Rule 57.01(d)(2) have certified that they informed Mr. Colindres their intent to file the motion to withdraw. (*See* Sealed Doc. No. 113, and Doc. No. 116).

In addition, the parties have jointly moved to ascertain the status of the jury trial currently scheduled for January 19, 2021, and moved to extend the pretrial deadlines. (Doc. No. 117). The motion to extend the pretrial deadlines is GRANTED. The Court will hold a hearing on Monday, December 21, 2020, at 1:30 p.m. on the motion to withdraw and will address the trial at that time.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE