IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case: 3:18-CR-200 |
| vs. | ) | |
| | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

**DEFENDANT'S MOTION TO APPOINT CJA SECOND CHAIR MENTEE
AS ASSOCIATE COUNSEL FOR TRAINING PURPOSES
USING THE REDUCED, ASSOCIATE COUNSEL RATE FOR COMPENSATION**

Comes now the Defendant, by and through counsel, and respectfully moves the Court for an order appointing undersigned counsel's CJA Second Chair Mentee, Jay C. Clifton, III, to work as associate counsel in this case for training and educational purposes and using the reduced, associate counsel rate of compensation of **$90.00 per hour**.

The Court has previously determined Defendant to be indigent and appointed counsel to represent him. (ECF 27, 29). Defendant is charged with multiple extremely serious offenses, including conspiracy to commit murder and murder in aid of racketeering, which carry up to life in prison. (ECF 1). Defendant is detained in the Grayson County, Kentucky Jail. The case is set for trial on June 29, 2021. (ECF 125, Order). At this point, it appears likely that the case will proceed to trial on that date.

Prior to Counsel's appointment in this matter, Attorney Patrick McNally was representing Defendant as appointed counsel. At Defendant's request, the Court appointed a second attorney to assist Mr. McNally due to, *inter alia*, the complexity and seriousness of Defendant's case. (ECF 85, Motion for Second Attorney; ECF 88, Order).

Undersigned counsel is mentoring Jay C. Clifton, III, a current member of

1

the second chair CJA Panel with the objective of providing him enough case-specific training, education and experience in indigent federal criminal defense so that he will be qualified to seek first chair CJA Panel membership in the near future.

Undersigned counsel has been mentoring Mr. Clifton for the better part of the last two years. Prior to the creation of the CJA Fellows program, U.S. Middle District Judge Waverly Crenshaw appointed Mr. Clifton as associate counsel to assist the undersigned in the matter of *United States v. Timothy Abbott*, Case No. 2:19-cr-0004 (ECF 41, Case Management Order, at 3). Mr. Clifton did excellent work in the *Abbott* case, including in-depth research projects, primary authorship of a suppression motion, and active participation in the courtroom litigation of that suppression motion and the ultimate sentencing hearing.

In order to further Mr. Clifton's education and experience in indigent federal criminal defense, and in order to help Counsel provide competent and effective representation to Defendant, Defendant hereby moves the Court to appoint Mr. Clifton to serve as associate counsel at the reduced associate counsel rate of $90 per hour. The ability to compensate a mentee is essential to developing a complete understanding of federal practice, including the mentee's ability to commit to frequent, lengthy and distant jail visits as well as other immersion training and case-specific demands.

FPD Henry Martin has authorized Counsel to report that Mr. Martin supports this request for appointment of Mr. Clifton at the associate counsel rate of $90 per hour.

Additionally, this Honorable Court, which is assisting with developing the mentor/mentee program as part of the CJA Selection Committee's charge, has expressed support of compensating mentees.

## CONCLUSION

Based on the foregoing, Defendant respectfully moves the Court to appoint the entry of an Order appointing undersigned counsel's CJA Second Chair Mentee, Mr. Jay C. Clifton, III, to work as associate counsel in this case for training and educational purposes and using the reduced, associate counsel rate of compensation of $90.00 per hour.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2021** a copy of the foregoing **Motion for Appointment of Associate Counsel** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including **Assistant U.S. Attorney Ahmed Safeeullah**, **Counsel for the Government**, at Ahmed.Safeeullah@usdoj.gov. Parties may access this filing through the Court's electronic filing system.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953