# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00200-2 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

## ORDER

Pending before the Court is Defendant's motion to appoint Jay C. Clifton, III, to work as associate counsel in this case for training and educational purposes and in order to help Mr. Mothershead provide competent and effective representation. (Doc. No. 134). Counsel states that Mr. Clifton is a CJA Second Chair Mentee. Counsel proposes compensating Mr. Clifton using the reduced, associate counsel rate of compensation of $90.00 per hour.

The motion is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE