IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00200-2 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

## ORDER

The Court has received a *pro se* letter from Defendant. (Doc. No. 133). Defendant, who is currently detained at the Grayson County Detention Center in Leitchfield, Kentucky, requests to be transferred to a facility closer to Nashville, Tennessee, to facilitate preparation for trial. Defendant also states that he would like to be closer to his family in Nashville and to have video visits.

On or before April 21, 2021, the Government and Counsel for Defendant shall respond.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE