> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case: 3:18-CR-200 |
| vs. ) | |
| ) | JUDGE CAMPBELL |
| LUIS COLINDRES ) | |

## JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO ECF 136

Come now the Parties, by and through counsel, and respectfully move the Court to extend the deadline to respond to ECF 136 to **Thursday, April 22, 2021**. In ECF 136, the Court directed Counsels for the Government and Mr. Colindres to respond by **April 21, 2021**, to a *pro se* letter submitted by Mr. Colindres requesting that he be transferred to a facility closer to Nashville. (ECF 136, Order; ECF 133, Letter). Counsels for the Government and Mr. Colindres have discussed a possible joint recommendation, however, Counsel for Mr. Colindres needs to discuss this proposal with Mr. Colindres before signing off on it. Counsel's next videoconference with Mr. Colindres is scheduled for the morning of April 22, 2021. Therefore, the parties jointly request an extension of the response deadline to April 22, 2021.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

*/s Ahmed Safeeullah*
Assistant United States Attorney
Counsel for the Government

1