IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case: 3:18-CR-200 |
| vs. ) | |
| ) | JUDGE CAMPBELL |
| LUIS COLINDRES ) | |

**JOINT RESPONSE TO THE DEFENDANT'S REQUEST TO CHANGE FACILITIES**

Come now the Parties, by and through counsel, and hereby notifies the Court that the parties have spoken and conferred about the issues that Defendant Luis Colindres is having at his present facility. After the parties spoke, the United States spoke with the U.S. Marshals. The Marshals have since agreed to move the defendant to a facility closer to Nashville to address the defendant's concerns.

Therefore, at this time, the parties do not need an Order from this Court intervening and directing the Marshals to transfer the defendant to a specific facility.

Respectfully submitted,

/s Ahmed Safeeullah
Assistant U.S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151

s/ Kyle Mothershead
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, a copy of the foregoing Joint Response to the Defendant's Request for Change Facilities was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including Kyle Mothershead, counsel for the defendant.

*/s Ahmed Safeeullah*
Assistant United States Attorney