NO.3:18-cr-00200-2

Mr: WILLIAM L. CAMPBELL, JR                    ---5/17/2021

RECEIVED
in Clerk's Office
MAY 18 2021
U.S. District Court
Middle District of TN

Hola señor Juez Como esta? Espero que Dios lo tenga muy Bien; Estoy escribiendole esta carta Por muchas razones, espero señor Juez que usted si Pueda entender todo lo que le estoy diciendo en esta carta.

Para enPesar Primeramente es sobre mi Juicio usted Programo una Fecha Para mi Juicio, que se llevara acabo el Proximo mes y yo quiero que mi Juicio se llevé a cabo en la Fecha que esta Programada, PorFavor señor Juez usted que tiene la decición de decidir Cuando sera mi Juicio, le Pido que no Programe otra fecha, Para mi Juicio, usted señor Juez ya Programo una Fecha y yo quiero que en esa Fecha se cunpla mi Juicio.

Otra cosa señor Juez durante mi encarcelamiento, muchas cosas injustas an Pasado y lo e rePortado Pero Paresiera que Para los Presos no hay Justicia, comensando desde 1 9 de octubre del 2017 Cuando yo Fui arrestado yo venia del estado de Kansas sity y Mediriiia al estado de tenessee; Pero como a una hora y media antes de llegar a NashVille yo Fui arrestado en este estado de Kentucky, en el Pueblo de HoPkinsVille y los Policias que me arrestaron, Pienso que es lo Peor que este estado Puedo tener, me acusaron Falsamente con Cargos Falsos y lo Peor de todo Fue, que en el momento que me arrestaron me robaron cosas de Valor, en la caivela del carro que yo conducia yo tenia una maleta y dentro de ella yo tenia. 75,500 dolares en efectivo 2 cadenas de Valor, 2 telefonos, RoPa y zaPatos sin usar y en mi bolsillo del Pantalon obtenia 5,000 dolares y el Primer Policia que me arresto el se robo todo, Porque antes que llegara el otro Policia, el Metio todo en la caivela del carro de el y nada de heso rePorto. me enserraron en la carcel.

De christian county Jail Por 15 meses y todo ese tiempo Fue
injusto, señor Juez durante todo ese tiempo nunca resivi la
acusación Por lo que yo estaba Preso tanPoco el Discovery
el aboGado que yo tube nunca Fue avisitarme ala carcel. y
muchas veses le llame y le escribi Para que Fuera ala carcel
Para que Pudiera hablar con mi sobre mi caso y nunca Fue y
le escribi tanbien al Juez rePortandole todo lo que habia Pasa-
do. hacimismo como lo habia hecho con mi aboGado, Pero tanPoco
no Funciono nada, yo hiba alas cortes y nisiquiera en las cortes
el aboGado decia halGo sobre las cartas ni del caso asies que
no tube occiones a nada; Fui GolPiado dentro de la carcel co-
mo 2 veses y la ultima vez un Preso entro a mi cuarto con
un Puñal, hecho dentro de la carcel y loGro Punsarme una vez
en las costillas del lado derecho que hasta el dia de hoy yo
octenGo la sicatris y yo como Pude me defendi y nos Peliamos
como Por 3 minutos y Por el dolor que tenia en las costillas
casi no Pude hacer nada, casi me ahorca con los brazos y
como Pude me le salte, haGarre aire el dolor se Fue Puse mis
zaPatos Porque no los trai el me encontro desaPrevenido en el
cuarto, y en el momento que yo tenia los zaPatos Puestos
el Grito muy Fuerte alos Guardias y lleGaron muy raPido y
nos sacaron de la celda y. ami me castiGaron injustamente,en
la celda de castiGo tenia el colchon y la cobiJa solo de las
1o de la noche hasta las 7 de la mañana; Tanbien lleGaron
los Federales a investiGarme ala carcel Fueron 2 veses Pero
como nunca hable con mi aboGado ni nunca el mediJo que no
hablara con ningun Policia, yo lo hice hable con ellos equi-
vocadamente, anteriormente habia estado Preso Pero solo Por-

una noche; y en ese momento que los detectives llegaron la uni-ca, occion que Pense que tenia era hablar con ellos Pensando que en halgo me aYudaria, estaba solo estresado sin saber nada de nada, Pero Fue un error muY grande el que Yo cometi a hoy en dia, aquien le afecta todo heso es ami Familia Y ami mismo que Por medio de todo hesa Fue como me hicieron una acusa-cion Federal; Bueno, decpues de todo ieso Fui movido de la carcel del estado, Para otra carcel que es en la que hoy mi-smo, me encuentro, Fui movido el 3-de enero-del 2018 Y solo estube 5 meses Y unos dias Y aqui Fue todavia mas Peor que la otra carcel; Estube castigado del 3-de maYo hasta el 6 de junio Y todo lo que Paso en ese tienPo Fue como un se-cuestro, señor Juez estube durmiendo en el concreto todo ese tienPo, el colchon Y la mitad de una cobiĳa me la daban a las 8 de la noche Y me quitaban todo alas 6 de la mañana, me bañaba 1 vez Por dia Y lopeor que en todo ese tienPo solo 2 o 3 veses medieron roPa Para canbiarme Y nunca-use desodorante o crema Para mi cuerPo, ni una maquina Para cortar mi Pelo Ya Paresia un loco, tanbien les Pedi de Porfavor que Yo queria usar el telefono Para comunicarme con mi Familia Y no quisie-ron, que Yo lo usara un dia me desesPere Porque queria saber si mi Familia estaba bien o decirles que Yo estaba bien aun que Yo no lo estaba Y golPie la Puerta Y Puse Pasta en la ventana Porque decian que no Podia usar el telefono Y lo que hicieron Fue aPuntarme con una Pistola electrica Y amarrarme en una silla como que si Yo estaba loco de la mente, tanbien señor Juez hubo momentos que estube en celdas que no tenian taza de baño ni agua tenia que decirles que me-

sacaron a usar el baño y si lo hacia muy repetido, se enoja-
ban, y no me sacaban a usar el baño como hubo momentos
en celda que estube que si tenia baño y agua y hasta 15
perzonas habiamos castigados en el mismo cuarto y todos
durmiendo en el concreto que paresiamos animales y hasta una
vez ni almuerzo medieron, tanbien mesaque 2 muela y para
la segunda que mesacaron ni medicamento medieron para el
dolor; tube que aguantar hasta que el dolor se quito el
sollo; Todo esto selo explico a usted señor Juez, porque yo
quisiera que se haga Justicia, yo selo explique todo a mi
abogado que tenia anterior. hasta se lo escribi y solo dijo
que para eso ocupaba un abogado de deranda y que tenia
queser de Kentucky y que yo tenia que tener familiar
que lo contratara pero ya si tengo familia afuera pero un
favor no me lo hacen y yo no le escribia a usted señor
Juez porque mi abogado decia que yo no le podia escribir a
usted y ahora si se que yo puedo escribirle a usted y toda
lo hago con el mayor respeto que usted semerese señor
Juez, y pido mucho a Dios. por usted, mi abogado y el
Jurado que son los que tenga para el dia de mi Juicio
y tanbien señor Juez para esto le escribo que el
fiscal me esta amenazando con ponerme otra acusacion
y nuevos cargos de muerte y dice que despues de este
Juicio yo tendre otro Juicio y heso lo esta haciendo
des del 2018 y mi abogado que tengo ahoramisma me
lo adicho como unas 5 veses y yo pienso que el Fis-
cal, tiene que hacer lo que va hacer y no tener
que estarme amenazando, aun que el sabe que si lo-

⑤

Hace lo haria falsamente Porque el Yasabe toda la Verdad.
Y Yo primeramente todo se lo dejo al Dios todoPoderoso.
Y tanbien a usted que esta donde esta Porque Dios
quiere que usted este alli, señor Juez.
En el 7o16 Yo estaba en Honduras en la militar y Por
sitvaciones dificiles Para no Perder mi Vida tuve que ve-
nirme Para los Estados Unidos Y llegue aqui Y en el 2017
Fui arrestado Y estoy Preso hasta el dia de hoy,
Que Dios lo Proteja Y lo Bendiga donde quiera que us-
ted, se encuentra Y que todo lo que haga sea Para
bien conforme ala ley de Dios. Bendiciones.

Luis C.



Luis Miguel Colindres
980 Kentucky St.
Bowling Green Ky 4/0l

WARREN COUNTY JAIL

UNCENSORED

INMATE MAIL

37203-386500

NASHVILLE TN 370

RECEIVED
MAY 18 2021
US DISTRICT COURT
MID DIST TENN

17 MAY 2021PM

UNITED STATES POSTAGE
PITNEY BOWES

02 1P
0004746857
MAILED FROM ZIP CODE 42101
$ 000.51⁰
MAY 17 2021

WILLIAM L. CAMPBELL, JR
801 Broadway # 800
Nashville TN 37203

