# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
LUIS COLINDRES
(list each defendant appearing at hearing)

Case No.: 3-18-00200-2
Judge: William L. Campbell, Jr.
Hearing Date: May 27, 2021
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Patty Jennings
Court Interpreter: Judith Kristy

## CRIMINAL MINUTES

Government Attorney(s): Ahmed Safeeullah

Defense Attorney(s): Kyle Mothershead

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

After an ex parte hearing, the Court granted the request to continued the trial. Order to enter.

Total Time in Court: 20 minutes

Clerk of Court
by: Angie Brewer