# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 2:18-cr-00200-2 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| LUIS COLINDRES ) | |

## ORDER

Pending before this Court is the United States' motion to dismiss the Indictment as to Defendant Luis Colindres without prejudice. (Doc. No. 162). In support of the Motion, the Government states that a federal Grand Jury returned a Second Superseding Indictment in *United States v. Ochoa, et al.*, Case No. 3:18-cr-00293, which includes the charges against Defendant Colindres listed in the Indictment in this case. The Government intends to proceed on the Second Superseding Indictment in that case.

The Motion (Doc. No. 162) is **GRANTED** and the Indictment (Doc. No. 1) as to Luis Colindres is **DISMISSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE