Luis Colindres No: 3:18-00200

RECEIVED
OCT 27 2022
US DISTRICT COURT
MID DIST TENN

Para los U.S. Marshalls

Estoy escribiendo esta carta por motivos de problemas medicos y yo les envio la copia del: Grievance: Es la respuesta que me dieron aqui en la carcel les escribo porque yo soy un preso federal y he visitado al medico y enfermeras aqui dentro de la carcel y por eso me cobraron 83 dolares 73 y 10 cuando esta supuesto que aun preso federal no le cobren gastos medicos cuando yo vine por primera vez ala federal fui ala oficina de los U.S. Marshalls y firme una hoja que era para gastos medicos, fue lo que me dijo el oficial que estaba travajando alli ese dia que esa hoja afirmaba que todo gasto medico que se hiciera por causa mia ellos pagarian todo y yo es lo que hago en estos momentos reclamar el dinero que me quitaron, porque esta supuesto que no lo hubieran hecho y luego ustedes pueden leer la respuesta que me enviaron que porque fue en el 2021 y que yo no reclame esto en las primeras 48 horas eso noes una escusa para devolver mi dinero fuera cuando fuera yo he sido preso federal y no es justo lo que hacen porque otros presos federales van al medico y no les cobran nada y si lo hacen hablan con sus abogados y sus abogados hacen halgo y les devuelven el dinero, yo hable con mi abogado respecto a esto pero es como si no lo hubiera hecho porque no hizo nada entonces tengo que hacerlo yo mismo y espero que ustedes hagan algo por mi porfavor para que la carcel devuelva lo que me quitaron y quiero que me manden respuesta sobre esto o le hagan saber a mi abogado y alo mejor el me hace saber ami: y luego les escribire para otra cosa porque aqui en el 2019 tube problema me encerraron en la celda de castigo por 33 dias y fue como si estube secuestrado dentro de la carcel todo lo que sucedio en esos 33 dias fue horrible y me he quejado con mis abogados y con el que tube anterior y nunca han hecho nada tendre que hacerlo yo y contar con la ayuda de ustedes: Grasias! por la atencion a esta carta. Hasta pronto: Bendiciones.

Att Luis C.

# Warren County Regional Jail

## INMATE GRIEVANCE FORM

| Inmate Name: Luis Colinders | Date: 10-12-22 | Cell/Dorm: H-1 |
|---|---|---|

All grievances must be filed within forty-eight (48) hours of the event or act that you are complaining about. The Jailer or his/her designee will respond to this grievance within ten (10) days from its receipt. In the event that you do not receive a response within ten (10) days then your grievance has been denied. If you are not satisfied with the initial response to your grievance, you may appeal to the Jailer or his/her designee within forty-eight (48) hours of the initial response. The Jailer or his/her designee will respond to your appeal within ten (10) days. If you do not receive a response within ten (10) days, the appeal has been denied.

**EMPLOYEE PROVIDING GRIEVANCE FORM (Print/Sign Name and Unit #)**

Parker Noe 635

**QUESTIONS**

Date and Time Form Provided: 10-12-22 : 1600

Date and Time Completed Form Received: 2352 10-13-2022

**DESCRIBE COMPLAINT:**

I am a Federal Inmate and last year I had money put on my account. I would like to know why you took $73.00 from me being I am a Federal Inmate and I would like to get my Money Refunded to my account. Also I need a Copy of this Grievance so I can send to the U.S. Marshalls if my money is not refunded to my account. Thanks and have a Blessed Day.

*Replaces Previous Grievance Policy/Form
July 2010

Please provide the date and time of the incident complained of: Date: Time:

Did you complain to the person responsible for the action of your complaint? ☐ Yes ☐ No

If yes, identify the person/deputy you complained to:

What was the response of that person to your complaint:

RESPONSE TO GRIEVANCE DATE 10-19-2021

The WCBJ has taken $73.00 from Inmate's account. If it was taken in 2021 it is past the 48 hour to complain about the issue

Note, the only Fee paid by Inmate Colindo was for $10.00 7/23/2021 for Nurse visit

Signature of Investigative Officer:

*Replaces Previous Grievance Policy/Form
July 2010

Luis Colindres # 98187
Warren County Regional Jail
920 Kentucky St.
Bowling Green, KY 42101

F/S

NASHVILLE TN 370
24 OCT 2022 PM

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.57[0]
0004746857 OCT 21 2022
MAILED FROM ZIP CODE 42101

WARREN COUNTY JAIL
UNCENSORED
INMATE MAIL

U.S. Marshals Clerk U.S. District Court
800 U.S. Courthouse
Nashville, TN 37203

37203-461000